**09-CV-00977-STMT**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JIAN YUAN ZHEN, | NO. C09-977-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security, *et al.*, | |
| Respondents. | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return Memorandum and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the O objections ~~or responses to~~ thereto, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;

    2.    Petitioner's Petition for Writ of Habeas Corpus (Dkt. 2) is DENIED, respondents' motion to dismiss (Dkt. 10) is GRANTED, and this action is DISMISSED with prejudice; and

    3.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this ___ day of November, 2009.

_____
JAMES L. ROBART
Chief United States District Judge

ORDER OF DISMISSAL - 1